No. 5238.—La Sucn. de don Juan Bautista Dragoni, Etc., aplte. *v.* Dragoni, aplda.—C. D. Ponce. ▇▇▇▇▇▇▇▇▇
▇▇▇▇▇ Abril 2, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

No ha lugar a la reconsideración solicitada.

No. 5285.—Merino Rodríguez & Hno., aplda., *v.* Canals, aplte.—C. D. San Juan. ▇▇▇▇▇▇▇▇ Abril 9, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Por cuanto, interpuesta apelación en este pleito el 19 de diciembre de 1929, y ordenado por la corte, a instancia del apelante, que el taquígrafo hiciera la transcripción de la evidencia dentro de veinte días, este término venció el 17 de enero de 1930, sin que haya sido prorrogado y sin que la transcripción del legajo de la sentencia haya sido presentada en este tribunal;

Por cuanto, notificado el apelante el 26 de marzo de 1930 de la moción del apelado en que interesa que desestimemos esta apelación por falta de prosecución, el apelante hizo que el secretario notificase el 7 de abril al taquígrafo la orden para que hiciera la transcripción y alegando este hecho se opuso a la desestimación solicitada y pidió subsidiariamente que le concedamos un nuevo término para tramitar su recurso;

Visto el caso de *Salichs* v. *Junta Examinadora de Ingenieros,* 39 D.P.R. 245, y que el apelante no alega razones para la concesión del nuevo término que interesa,

Por tanto, no ha lugar a conceder el nuevo término interesado y desestimamos esta apelación por abandono de ella.

No. 4971.—Amadeo, aplte., *v.* Rodríguez et al., apldos.—C. D. Humacao.—▇▇▇▇▇▇▇▇ Abril 9, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Sin lugar la reconsideración.